IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00241-MSK-MJW

PISTOR AND ASSOCIATES, INC. d/b/a/ MIRACLE METHOD US,

Plaintiff,

v.

CHRIS BOTSFORD d/b/a WHITE ROCK REFINISHING and d/b/a BLACK ROCK REFINISHING, and
DOES 1-10,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Motion to Vacate Scheduling Conference (Docket No. 13) is GRANTED.  The Scheduling Conference set for April 15, 2014 at 11:00 a.m. is VACATED.  The Scheduling Conference is RESET for June 9, 2014 at 9:30 a.m.  All associated deadlines are extended accordingly.

Date: April 7, 2014